# UNITED STATES DISTRICT COURT
## Northern District of California
280 South First Street
San Jose, California 95113
_____

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5363 |

June 18, 2010

**Clerk of the Court-CDCA**
**G-8 United States Courthouse**
**312 North Spring Street,**
**Los Angeles, CA 90012**

Case Name:    **USA-v- Vincent Nguyen**
Case Number:  **5-10-70511-PVT  (Your Case#09-1005RGK-39)**
Charges:      **18:1349**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Patricia V. Trumbull.  The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    original Rule 5 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*
    Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escalano*
Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____        **CLERK, U.S. DISTRICT COURT**

                         **By** _____
                              **Deputy Clerk**